

**Transferred case has been opened**
cacd_ecfmail   to: InterdistrictTransfer_CASD         09/30/2014 10:15 AM

```
CASE: 3:13-cv-02073

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF
CALIFORNIA
as case 2:14-cv-07579, filed 09/30/2014.
```